**Ditech Financial LLC**
Centralized Bankruptcy Department
**POST PETITION WORKSHEET**

| Account # | |
|---|---|
| Case # | 15-40607 |
| Filing Date | 11/30/2015 |
| Post Due Date | 12/1/2015 |
| Post Admin Claim? | No |
| Post Admin Start | |

| Payment Changes | Eff Date | P & I | Escrow | Total | Was PCN/POC filed? | Was the Change Higher? |
|---|---|---|---|---|---|---|
| POC | 12/1/2015 | $619.89 | $226.72 | $846.61 | Yes | N/A |
| Change #1 | 10/1/2016 | $619.89 | $212.52 | $832.41 | Yes | No |
| Change #2 | 10/1/2017 | $619.89 | $263.72 | $883.61 | Yes | Yes |
| Change #3 | 10/1/2018 | $619.89 | $216.89 | $836.78 | Yes | No |
| Change #4 | | | | $ - | Yes | |
| Change #5 | | | | $ - | Yes | |
| Change #6 | | | | $ - | Yes | |
| Change #7 | | | | $ - | Yes | |
| Change #8 | | | | $ - | Yes | |
| Change #9 | | | | $ - | Yes | |
| Change #10 | | | | $ - | Yes | |
| Change #11 | | | | $ - | Yes | |
| Change #12 | | | | $ - | Yes | |
| Change #13 | | | | $ - | Yes | |
| Change #14 | | | | $ - | Yes | |
| Change #15 | | | | $ - | Yes | |

| Month | P & I | Escrow | Total | Date Post Pmts. Received | Amt Received | Difference | Date Pre Pmts. Received | Arrears Pmts | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-15 | 619.89 | 226.72 | 846.61 | 12/01/15 | $856.23 | -9.62 | | 0.00 | | |
| Jan-16 | 619.89 | 226.72 | 846.61 | 12/15/15 | -$856.23 | 1702.84 | | 0.00 | | |
| Feb-16 | 619.89 | 226.72 | 846.61 | 12/15/15 | $856.23 | -9.62 | | 0.00 | | |
| Mar-16 | 619.89 | 226.72 | 846.61 | 01/12/16 | $856.23 | -9.62 | | 0.00 | | |
| Apr-16 | 619.89 | 226.72 | 846.61 | 02/03/16 | $856.23 | -9.62 | | 0.00 | | |
| May-16 | 619.89 | 226.72 | 846.61 | 03/03/16 | $856.23 | -9.62 | | 0.00 | | |
| Jun-16 | 619.89 | 226.72 | 846.61 | 04/06/16 | $856.23 | -9.62 | | 0.00 | | |
| Jul-16 | 619.89 | 226.72 | 846.61 | 05/04/16 | $856.23 | -9.62 | | 0.00 | | |
| Aug-16 | 619.89 | 226.72 | 846.61 | 06/15/16 | $846.61 | 0.00 | | 0.00 | | |
| Sep-16 | 619.89 | 226.72 | 846.61 | 07/01/16 | $847.00 | -0.39 | | 0.00 | | |
| Oct-16 | 619.89 | 212.52 | 832.41 | 08/15/16 | $847.00 | -14.59 | | 0.00 | | |
| Nov-16 | 619.89 | 212.52 | 832.41 | 09/15/16 | $847.00 | -14.59 | | 0.00 | | |
| Dec-16 | 619.89 | 212.52 | 832.41 | 10/14/16 | $847.00 | -14.59 | | 0.00 | | |
| Jan-17 | 619.89 | 212.52 | 832.41 | 11/15/16 | $847.00 | -14.59 | | 0.00 | | |
| Feb-17 | 619.89 | 212.52 | 832.41 | 12/15/16 | $847.00 | -14.59 | | 0.00 | | |
| Mar-17 | 619.89 | 212.52 | 832.41 | 01/14/17 | $847.00 | -14.59 | | 0.00 | | |
| Apr-17 | 619.89 | 212.52 | 832.41 | 02/16/17 | $847.00 | -14.59 | | 0.00 | | |
| May-17 | 619.89 | 212.52 | 832.41 | 03/15/17 | $847.00 | -14.59 | | 0.00 | | |
| Jun-17 | 619.89 | 212.52 | 832.41 | 04/03/17 | $847.00 | -14.59 | | 0.00 | | |
| Jul-17 | 619.89 | 212.52 | 832.41 | 05/15/17 | $847.00 | -14.59 | | 0.00 | | |
| Aug-17 | 619.89 | 212.52 | 832.41 | 06/15/17 | $847.00 | -14.59 | | 0.00 | | |
| Sep-17 | 619.89 | 212.52 | 832.41 | 07/14/17 | $847.00 | -14.59 | | 0.00 | | |
| Oct-17 | 619.89 | 263.72 | 883.61 | 08/15/17 | $847.00 | 36.61 | | 0.00 | | |
| Nov-17 | 619.89 | 263.72 | 883.61 | 09/16/17 | $847.00 | 36.61 | | 0.00 | | |
| Dec-17 | 619.89 | 263.72 | 883.61 | 10/14/17 | $885.00 | -1.39 | | 0.00 | | |
| Jan-18 | 619.89 | 263.72 | 883.61 | 11/15/17 | $885.00 | -1.39 | | 0.00 | | |
| Feb-18 | 619.89 | 263.72 | 883.61 | 01/15/18 | $885.00 | -1.39 | | 0.00 | | |
| Mar-18 | 619.89 | 263.72 | 883.61 | 2/16/2018 | 885.00 | -1.39 | | 0.00 | | |
| Apr-18 | 619.89 | 263.72 | 883.61 | 3/16/2018 | 885.00 | -1.39 | | 0.00 | | |
| May-18 | 619.89 | 263.72 | 883.61 | 4/13/2018 | 885.00 | -1.39 | | 0.00 | | |
| Jun-18 | 619.89 | 263.72 | 883.61 | 5/16/2018 | 885.00 | -1.39 | | 0.00 | | |
| Jul-18 | 619.89 | 263.72 | 883.61 | 6/15/2018 | 885.00 | -1.39 | | 0.00 | | |
| Aug-18 | 619.89 | 263.72 | 883.61 | 7/13/2018 | 885.00 | -1.39 | | 0.00 | | |
| Sep-18 | 619.89 | 263.72 | 883.61 | 8/24/2018 | 440.00 | 443.61 | | 0.00 | | |
| Oct-18 | 619.89 | 216.89 | 836.78 | 8/31/2018 | 445.00 | 391.78 | | 0.00 | | |
| Nov-18 | 619.89 | 216.89 | 836.78 | 9/28/2018 | 885.00 | -48.22 | | 0.00 | | |
| Dec-18 | 619.89 | 216.89 | 836.78 | 10/31/2018 | 885.00 | -48.22 | | 0.00 | | |
| Jan-19 | 619.89 | 216.89 | 836.78 | 11/30/2018 | 885.00 | -48.22 | | 0.00 | 1/1/2019 | 836.78 |
| Feb-19 | 619.89 | 216.89 | 836.78 | 12/31/2018 | 885.00 | -48.22 | | 0.00 | 2/1/2019 | 836.78 |
| Mar-19 | 619.89 | 216.89 | 836.78 | 1/31/2019 | 885.00 | -48.22 | | 0.00 | 3/1/2019 | 836.78 |
| | $24,795.60 | $9,283.42 | $34,079.02 **Amount Paid** | | $31,963.99 | $2,115.03 | | $ - | 1/1/2019 | $2,510.34 |

**Post Petition Due Date** 1/1/2019
**Amount Due** $ 2,115.03
**Debtor Suspense** $ 395.31